# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **LAUD ESSANDOH** | § |
| | § |
| v. | §   NO. 4:25-CV-00746-ALM-BD |
| | § |
| **CAPITAL ONE BANK NA** | § |

## ORDER

Pro se plaintiff Laud Essandoh has not paid the required filing fee. And Essandoh's motion to proceed in forma pauperis, which was filed in the Northern District of Texas, was deemed moot once the case was transferred to this court. *See* Dkts. 4, 8; Loc. R. CV-7(j).

It is **ORDERED** that, within 30 days of the entry of this order, Essandoh must either pay the filing fee or submit an application to proceed in forma pauperis. Failure to comply with this order may result in the dismissal of this lawsuit.

So **ORDERED** and **SIGNED** this 14th day of July, 2025.

_____
Bill Davis
United States Magistrate Judge