# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LAUD ESSANDOH,<br><br>*Plaintiff,*<br><br>v.<br><br>CAPITAL ONE BANK NA,<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:25-cv-00746<br>Judge Mazzant/Judge Davis |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 14, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #34) that Defendant Capital One Bank, N.A.'s Motion for Summary Judgment (Dkt. #30) be granted.

Having received the report of the United States Magistrate Judge, and no timely objections having been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Capital One's Motion for Summary Judgment (Dkt. #30) is hereby **GRANTED.**

It is **FURTHER ORDERED** that Plaintiff Laud Essandoh's claims against Defendant Capital One are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED this 16th day of November, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE